**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGRID CAROLINA REYES-CASTRO,<br><br>　　　　　Petitioner,<br>　　v.<br>ERIC H. HOLDER, JR.,<br><br>　　　　　Defendant. | Case No. 8:13-cv-729-ODW(FFM)<br><br>**ORDER DISMISSING CASE** |

On May 7, 2013, the Court denied Petitioner Ingrid Carolina Reyes-Castro's request for a stay of execution (ECF No. 5) based on the determination that this Court has no jurisdiction over the immigration judge's final order of removal. Therefore, Reyes-Castro's petition is hereby **DISMISSED**. The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

May 21, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**