**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGRID CAROLINA REYES-CASTRO, | Case No. 8:13-cv-729-ODW(FFM) |
| Petitioner, | **ORDER DISMISSING CASE** |
| v. | |
| ERIC H. HOLDER, JR., | |
| Defendant. | |

On May 7, 2013, the Court denied Petitioner Ingrid Carolina Reyes-Castro's request for a stay of execution (ECF No. 5) based on the determination that this Court has no jurisdiction over the immigration judge's final order of removal.  Therefore, Reyes-Castro's petition is hereby **DISMISSED**.  The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

May 21, 2013

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**